IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-20-FL

| | | |
|---|---|---|
| SHERRYL LYNN JACOBS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBESON COUNTY PUBLIC | ) | ORDER |
| LIBRARY, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding defendants' motion to dismiss [DE # 24] and plaintiff's motion for summary judgment [DE #30]. Also before the court is plaintiff's motion to quash / suppress evidence and testimony. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling. The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendants' motion to dismiss is DENIED without prejudice, and plaintiff's motion for summary judgment is DENIED without prejudice. With respect to the motion to quash, where plaintiff has not demonstrated that any witness testimony she seeks to quash lacks probative value in this case or would otherwise be inflammatory or improper, see Fed. R. Civ. P. 26(b) &(c), the motion to quash is DENIED without prejudice.

SO ORDERED, this the 7th day of September, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge