THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CV-20-FL

| | |
|---|---|
| SHERRYL LYNN JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBESON COUNTY PUBLIC LIBRARY, ) | |
| BOARD OF DIRECTORY FOR ROBESON ) | **ORDER** |
| COUNTY PUBLIC LIBRARY, ROBERT F. ) | |
| FISHER, HORACE STACY, GAIL MCLEAN, ) | |
| and TINA MELLEN STEPP THOMAS ) | |
| ) | |
| Defendants. ) | |

The Motion of Defendant Tina Mellen Stepp Thomas to modify the mediation attendance requirements to allow her to attend the mediation in this matter via telephone is hereby __GRANTED__.

This the __28th__ day of __January__, 2013.

_/s/ Louise W. Flanagan_

LOUISE W. FLANAGAN
United States District Judge